# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 27th day of May, two thousand and fourteen.

Before:    Jon O. Newman,
              *Circuit Judge.*

_____

**ORDER**

|  |  |
|---|---|
| IN RE PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION | Docket Nos.   12-4671(L), 12-4708(con), 12-4765(con), 13-4719(con), 13-4750(con), 13-4751(con), 13-4752(con), 14-32(con), 14-117(con), 14-119(con), 14-133(con), 14-157(con), 14-159(con),14-192(con), 14-197(con), 14-219(con), 14-225(con), 14-241(con),14-250(con),14-266(con), 14-303(con), 14-331(con), 14-349(con) 14-379(con), 14-443(con), 14-404(con), 14-422(con), 14-480(con), 14-497(con), 14-530(con), 14-530(con), 14-567(con), 14-584(con), 14-606(con), 14-663(con) 14-837(con). |

_____

Appellants move: (1) to extend the date to file Appellants' briefs, (2) for leave to file an oversized brief of not more than 21,000 words; (3) for leave to proceed on a deferred appendix; (4) to consolidate appeals 14-443(L), 14-404(C); 14-349(L) and 14-663(C) with 12-4671(L); and (5) for leave to comply with FRAP 26.1 by filing in a single document all the corporate disclosure statements required in the appeals. Appellees do not oppose the motion.

IT IS HEREBY ORDERED that the motion is GRANTED on the terms set forth in Appellants' Motion dated May 19, 2014 and Supplement dated May 22, 2014.

All Appellants' briefs are due June 16, 2014. The appeals are dismissed effective June 16, 2014 if the briefs are not filed by that date.  A motion to extend the time to file the briefs or seek

other relief will not toll the filing date. *See* Local Rule 27.1(f)(1); *cf. RLI Insurance Co. v. JDJ Marine, Inc.*, 716 F.3d 41, 43-45 (2d Cir. 2013).

      For the Court:

      Catherine O'Hagan Wolfe,
      Clerk of Court

